**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JERALD ALAN HAMMANN, )
 )
                Plaintiff, )    Case No.  2:08-cv-00886-LDG-GWF
 )
vs. )    **ORDER**
 )
1-800 IDEAS, INC., )
 )
                Defendant. )

The Court has recently received materials that were produced in response to a subpoena requested by Plaintiff Jerald Hammann.  On July 9, 2010, the Court noted the receipt of the materials on the docket report and indicated the materials would be kept in the Clerks' office.  (#135).  In lieu of retaining the materials, the Court will forward these materials to Plaintiff.  Accordingly,

      **IT IS HEREBY ORDERED** that the Clerk of the Court will send the original materials produced in response to a subpoena requested by Plaintiff to the current address for Plaintiff on file with the Court.

      DATED this 15th day of July, 2010.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**