# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JERALD ALAN HAMMANN, | ) |
| Plaintiff, | ) Case No. 2:08-cv-00886-LDG-GWF |
| vs. | ) **ORDER** |
| 1-800 IDEAS, INC., | ) |
| Defendant. | ) |

This matter is before the Court on Defendant 1-800 Ideas, Inc.'s Motion to Stay (#145), filed July 27, 2010. Defendant asks the Court to stay the briefing schedule of Plaintiff's Motion for an order precluding Ms. Susan Parker from supplying evidence on a motion, at a hearing, or at trial (#136) until the Court rules on Plaintiff's motion for sanctions (#79) as the matters deal with the same or similar substantive issues. At the end of a hearing on Plaintiff's motion for sanctions (#79), the Court took the matter under submission and is in the process of preparing a written order. Accordingly,

**IT IS HEREBY ORDERED** that Defendant 1-800 Ideas, Inc.'s Motion to Stay (#145) is **granted**. The briefing schedule on Plaintiff's motion for an order precluding Ms. Susan Parker from supplying evidence on a motion, at a hearing, or at trial (#136) is **stayed** pending the resolution of Plaintiff's motion for sanctions (#79).

DATED this 29th day of July, 2010.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**