## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JERALD ALAN HAMMANN, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:08-cv-00886-LDG-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| 1-800 IDEAS, INC., ) | |
| ) | |
| Defendant. ) | |

On August 2, 2010, Plaintiff emailed his response to Defendant's Motion for Hearing and Plaintiff's Response to Defendant's Motion to Stay, along with a letter to Magistrate Judge Foley, Jr. As Plaintiff is not authorized to file pleadings by electronic means, he must deliver a copy (in person or through the U.S. mail) of any pleadings or motion he wishes to file to the **Clerk of the Court located at 333 Las Vegas Blvd. S, Las Vegas, NV 89101**. The Court will not consider any pleadings that the parties attempt to be filed through email.

In addition, Plaintiff's communication with the Court through fax, email or mail without the knowledge of the other parties is prohibited as *ex parte* communication. LR 7-5, 7-6. All communications with the Court must be filed in the form of a pleading or motion and served upon opposing counsel. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff cease emailing his pleadings and communications to the Court. Any pleadings that Plaintiff wishes to file shall be filed with the Clerk of the Court in person or through the U.S. mail.

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that Plaintiff cease engaging in *ex parte* communication with the Court, which is any communication with the Court that is not also served upon the other parties in this action.

DATED this 3rd day of August, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge