1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7   JEROLD ALAN HAMMANN,                          2:08-cv-0886-LDG-GWF

8          Plaintiff,

9   v.                                            **ORDER**

10   1-800 IDEAS INC.,

11          Defendant.

12

13          Pending before the court are plaintiff's motion to amend/correct complaint (#83), motion

14   for summary judgment (#124), motion for hearing (#144), and motion for consideration of new

15   evidence (#175), and defendant's motion for summary judgment (#126).  On February 8, 2011, the

16   magistrate judge correctly ruled that Susan Parker's testimony is integral to plaintiff's claims and

17   ordered that plaintiff be allowed to depose Parker before April 1, 2011 (#176).  Under those

18   circumstances, the court finds it incumbent to allow the parties to refile or supplement their

19   pending motions with the benefit of the new discovery.  Accordingly,

20          THE COURT HEREBY ORDERS that plaintiff's motion to amend/correct complaint

21   (#83), motion for summary judgment (#124), and motion for consideration of new evidence

22   (#175), and defendant's motion for summary judgment (#126) are DENIED without prejudice to

23   their refiling or, upon the filing of a supplemental brief to any such motion, their reinstatement as

24   of the date of the filing of supplemental brief.  Unless otherwise scheduled by the magistrate judge,

25   the parties shall refile their motions or supplemental briefs on or before May 16, 2011.  The timing

26   of responsive and reply briefings shall follow the local rules.

1

THE COURT FURTHER ORDERS that plaintiff's motion for hearing (#144) is DENIED

2

as moot.

3

4

DATED this _____ day of March, 2011.

5

6

_____
Lloyd D. George
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2