# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEROLD ALAN HAMMANN, | |
|     Plaintiff, | 2:08-cv-0886-LDG-GWF |
| v. | **ORDER** |
| 1-800 IDEAS INC., | |
|     Defendant. | |

By order dated March 23, 2012 (#208), the court denied cross motions for summary judgment, determining in part that plaintiff's materials raised a genuine issue of material fact regarding defendant 800 Ideas, Inc.'s involvement with the disputed numbers. The magistrate judge and this court have held that Susan Parker's involvement with 800 Ideas, Inc., and the disputed numbers is integral to plaintiff's claims, and based on the extension of discovery of Ms. Parker beyond the 2010 filing of plaintiff's motion to amend his complaint (#83),

THE COURT HEREBY ORDERS that plaintiff's motion to amend his complaint (#83, renewed # 191) is GRANTED.

THE COURT FURTHER ORDERS that plaintiff's motion for sanctions (#191) is DENIED.

DATED this 20 day of November, 2012.

_____
Lloyd D. George
United States District Judge