1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## DISTRICT OF NEVADA

7  JERALD ALAN HAMMANN,                      )
8                              Plaintiff,    )    Case No.  2:08-cv-00886-LDG-GWF
                                             )
9  vs.                                       )    **ORDER**
                                             )
10  800 IDEAS, INC.,                         )    Motion to Quash (#241)
                                             )
11                             Defendant.    )
    _____)
12

13        This matter comes before the Court on Defendant's Motion to Quash (#241), filed on

14  September 24, 2013.  Defendant represents pro-se Plaintiff served a Rule 45 subpoena on third-

15  party Lockridge Grindal Nauen P.L.L.P. on September 12, 2013.  Defendant further represents that

16  Plaintiff failed to serve Defendant with a proper notice under Rule 45(b)(1).  Furthermore,

17  discovery in this matter closed on May 24, 2010.  *See November 23, 2009 Scheduling Order, Doc.*

18  *#49*.  Finally, under Local Rule 7-2(d), the failure of an opposing party to file points and authorities

19  in response to any motion shall constitute a consent to the granting of the motion.  The time to

20  oppose the instant Motion has expired, and no opposition has been filed.  Accordingly,

21        **IT IS HEREBY ORDERED** that Defendant's Motion to Quash Rule 45 Subpoena (#241)

22  is **granted**.

23        DATED this 6th day of November, 2013.

24
25
26                                    GEORGE FOLEY, JR.
                                      United States Magistrate Judge
27
28