# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEROLD ALAN HAMMANN, | 2:08-cv-0886-LDG-GWF |
|     Plaintiff, | |
| v. | **ORDER** |
| 800 IDEAS INC., et al., | |
|     Defendants. | |

Due to conflicts with the court's calendar,

IT IS HEREBY ORDERED that the hearing on Rule 701 issues and arguments on the motions for summary judgment scheduled for April 24, 2014, is VACATED.

IT IS FURTHER ORDERED that the hearing on Rule 701 issues and arguments on the motions for summary judgment shall be conducted before this court on May 19, 2014, at 10:00 am.

IT IS FURTHER ORDERED that the trial date in this matter scheduled for May 12, 2014, is hereby VACATED. The court will discuss the rescheduling of trial with the parties at the May 19, 2014, hearing.

DATED this 14 day of April, 2014.

_____
Lloyd D. George
United States District Judge