# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEROLD ALAN HAMMANN,<br><br>   Plaintiff,<br><br>v.<br><br>800 IDEAS INC., et al.,<br><br>   Defendants. | 2:08-cv-0886-LDG-GWF<br><br>**ORDER** |

   IT IS HEREBY ORDERED that plaintiff's motion for contemporaneous transmission of testimony (#277) is DENIED as moot.

   DATED this ___ day of March, 2015.

_____
Lloyd D. George
United States District Judge