**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
| JERALD ALAN HAMMANN,  )<br>  )<br>  Plaintiff,  )<br>v.  )<br>  )<br>800 IDEAS, INC. AND  )<br>SUSAN PARKER,  )<br>  )<br>  Defendants.  )<br>_____ ) | Case No.: 2:08-cv-00886<br><br>**ORDER AND FINAL JUDGMENT** |

    This is an action for alleged violations of various FCC regulations, certain anti-trust claims and common law claims brought by plaintiff Jerald Hammann ("Plaintiff") against defendants 800 Ideas, Inc. and Susan Parker arising out of Plaintiff's failed efforts to obtain two vanity toll free telephone numbers (the "Disputed Numbers"). By way of Order entered on September 17, 2015 (Dkt. No. 301), this Court granted Defendants' Renewed Motion for Summary Judgment and allowed Plaintiff to submit authorities in support of his equitable claim for recovery of the Disputed Numbers from a third party. On October 15, 2015, Plaintiff filed a Memorandum of Law in support of his claim for equitable relief (Dkt. No. 305). On November 17, 2015, Defendants filed a Response to Plaintiff's Memorandum of Law requesting that this Court grant Plaintiff's request for transfer of the Disputed Numbers and that this Court enter final judgment in this matter dismissing with prejudice all claims against Defendants (Dkt. No. 306). For the reasons set forth in the September 17, 2015 Order,

    IT IS on this 20th day of Nov. 2015

    ORDERED as follows:

1

1. Judgment is entered in favor of Defendants against Plaintiff on Plaintiff's claims of alleged violations of FCC regulations in Counts One through Four and Counts Seven and Eight of the Second Amended Complaint (Dkt. No. 217, pp. 8-11, 13-14);

2. Judgment is entered in favor of Defendants against Plaintiff on Plaintiff's claims of alleged violations of the Sherman Act in Counts Five and Six of the Second Amended Complaint (Dkt. No. 217, pp. 11-13);

3. Judgment is entered in favor of Defendants against Plaintiff on Plaintiff's Nevada State common law claims in Counts Nine through Eleven of the Second Amended Complaint (Dkt. No. 217, pp. 14-15);

4. Judgment is entered in favor of Defendants against Plaintiff dismissing with prejudice the Second Amended Complaint in its entirety;

5. Judgment is entered in favor of Plaintiff for his claim for equitable relief and Plaintiff is hereby granted the right of subscribership to the Disputed Numbers.

Accordingly, this matter is CLOSED.

_____
Lloyd D. George
United States District Judge